IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jose Miguel Perez,                :
            Appellant       :
                                :
           v.             :     No. 394 C.D. 2017
                                :
Craig W. Stedman          :

## **O R D E R**

NOW, September 7, 2017, having considered appellant's application for reargument, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge